United States District Court

District of Connecticut

FILED

2018 MAR -2 P 12: 46

US DISTRICT COURT
BRIDGEPORT CT

Franko Lawrence

v.

Case No.

Dr. Monica Farinella

Dr. Ricardo Ruiz

Dr. David Giles

Dr. Carson Wright

Dr. Syed J. Naqvi

Cindy Lefavel

Erin Nolin

Nicole Mendoza

Ann Cigal

3:18 cv 367 (AVC)

Jury Trial by Demand

All seued in their individ-
ual capacity except, De-
fendant Monica Farinella

Feb. 21, 2018

## Operative Complaint

### Introduction. (A)

1. This is a Civil Rights action for declaratory, injunctive and compensatory relief arising under First and Eight Amendments to the United States Constitution and Art. I §8 and §20 of the Constitution of the State of Connecticut. It concerns the Intentional retaliation of medical Staff against plaintiff for seek of redress and Cruel and Unusual punishment to the extent that plaintiff has been Severly harmed over a long period of time. Such harm Involves lack of adequate medical care, denial of medication, Lack of Consent and Conspiratorial medical fraude, as well as spoilage.

2. Plaintiff during all times was confined by the D.O.C in Connecticut Institutions

## Jurisdiction And Venue . (B)

3. This action arises under 42 U.S.C § 1983 and the 1st and 8th amendments to the United States Consitution

4. The Court has jurisdiction over the plaintiffs Claims of violation of federal Constitutional rights Under 28 U.S.C § 1343 (a)(3).

5. The Court has supplemental jurisdiction over the plaintiffs State law claims Under 28 U.S.C § 1367

6. The events giving rise to this Cause of action occurred in the District of Connecticut therefore Venue is proper under 28 U.S.C. § 1391 (B)(2)

## Parties

7. Plaintiff Lawrence Franko #(69292), at all times relevant to this Complaint, has been Confined at Cheshire C.I., Macdougal C.I., and Osborn C.I.

8. Defendant Monica Farinella is the Director of Correctional Managed Health Care 263 Farmington Rd. Farmington CT, 06063

9. Defendant Dr. Ricardo Ruiz is a medical Doctor for C.M.H.C stationed at Cheshire C.I. 900 Highland Ave Cheshire CT, 06410

10. Defendant Dr. David Giles is medical Surgeon Doctor Contract to Correctional managed Health Care 263 Farmington Rd. Farmington CT 06063

11. Defendant Carson Wright, M.D. is a Doctor for Correctional Managed Health Care who is stationed at Osborn C.I.

12. Defendant Ann Cigal is medical Records Clerk for C.M.H.C stationed at Cheshire C.I. 900 Highland Ave Cheshire CT, 06410

13. Defendant Nicole Mendoza is Medical Records Clerk for C.M.H.C stationed at Cheshire C.I. 900 highland Ave Cheshire CT 06410

14. Defendant Syed John Naqvi is medical Doctor for C.M.H.C stationed at Macdougal C.I. 1153 EAST Street South Suffield CT

15. Defendant Cindy Lefauel, is A Nurse Supervisor for C.M.H.C. stationed at Cheshire C.I. 900 Highland Ave Cheshire, CT 06410

16. Defendant Nursing Supervisor Erin Nolin is a Supervisor for C.M.H.C stationed at Macdougal C.I, 1153 EAST Street South Suffield, CT

(B)

## Statement of facts

1. Defendants all acted under the color of State Law.

2. Plaintiff states that since April 12, 2012 he complained of serious stomach pains

3. Plaintiff alleges that the pains were so violent and debilitating he need needed to seek medical Services

4. In compliance with the policy and Directives under Section 8 of the administrative Directive, Plaintiff filed several request to seek medical Services

5. After several attempts, by request plaintiff eventually saw Dr. Ricardo Ruiz

6. Plaintiff alleges that upon examination in the month of July, 2012 it became known to Defendant Ruiz that plaintiff needed medical treatment, and pain management

7. On or about July, 2012 plaintiff was diagnosed by Defendant Ruiz, as having a Hernia, and needing Surgical removal of said Hernia

8. Plaintiff alleges that regardless of knowing that plaintiff possessed an enlarged Hernia, Dr. Ruiz refused to provide any type of alternative, or pain medication

9. Dr. Ruiz during said Examination on 7/26/2012 delayed Plaintiff from any form of relief, by denying pain medication after diagnosing and having full knowledge that plaintiff suffered a Hernia

10. Plaintiff alleges that Defendant Ruiz knowledge of the hernia existence was not only through examination but Ur Request, and Ur response (Exh.A)

11. The URC Panel Review determined that defendant Ruiz was to monitor plaintiffs hernia as it was reducible (Exh. A)

12. Plaintiff alleges that his hernia during such times was not only showing a manner described as pertruding, but only removable by surgery according to Defendant Ruiz.

13. Dr. Ruiz during july 26, 2012 through omission to plaintiff acknowledged that he was indeed a board member of U.R.C Committee

14. Regardless of constant denials by U.R.C. and medical Plaintiff asserts that he continued to write request and grievance in Pain begging for adequate treatment throughout 2013

15. plaintiff's seek of redress lasted more than several years, as he'd followed all advice and methods in order to be awarded surgery as relief from pain, and to recieve pain Management

16. On or about April 16, 2013, Ruiz met with Plaintiff regarding his hernia and once more after examination denied that there was intervention that could be done, or medication available to reduce pain

17. On April 30, 2013 Nurse Meagan, documented plaintiffs complaints regarding his hernia and his constant need for Medical attention

18. Plaintiff asserts that his hernia complaints of pain were so serious, Supervisor Cindy Lefaver called plaintiff to the Medical department to discuss the issues; insisting that there

Was nothing that could be done for a hernia and it was very much managable at said age of the plaintiff

19. Cindy Lefavel was so malicious and direct about the denial receivership of medical Treatment, or pain management for the plaintiff on said date April 30, 2013 Defendant Cindy Lefavel, Nursing Supervisor demanded that he stop writing request or grievances Because from said date they would go un answered

20. On or about 6/11/2014 plaintiff address Ruiz by way of Request, expressing Continuing pain from hernia and serious growth

21. JUNE 19, 2014 Ruiz addresses plaintiff's request, by Calling him 9:15 A.M to discuss again plaintiffs hernia issues and Correspondence issues upon which plaintiff's Continues to seek redress due to his pain and suffering, Also apparent need of Surgery

22. Plaintiff on June 18, 2014 alleges that Dr. Ruiz again denied him further Care for his hernia, Medication regardless of his troubles with Constant pain, and warn the plaintiff against further grievances or request, Dictating that plaintiff Would not be answered

23. JUly 2, 2014 plaintiff writes again to Dr. Ruiz to discuss pain level increase, and to submitt plea for medical Treatment or Cure reasonable to grant relief

24. Plaintiff alleges that by July 2, 2014 Defendant Ruiz and Defendant Cindy Lefavel had the ample opportunity to Continue with each other and their staff alike to: answered any and all request or grievances by plaintiff asserts that he Continued to seek treatment and relief for his unbarrable pain and hernia issues (Exh.A)

25. As A means to Ruiz and Lefavel motive to retailate against plaintiff for seeking redress plaintiff asserts that he Continued to seek treatment and relief after his unbarrable Pain (Exh.A)

26. Address properly were all Claims associated with Seek of relief for hernia, and pain let defendants demonstrate artful rejection of plaintiffs Grievance in retaliation to warnings and to Violate plaintiffs protected speech (Exh B)

27. Plaintiff alleges that because of his ambitions to seek treatment after Continuing indifference on the part of Ruiz and Cindy Lefavel on February 13 2015 he was transferred to Macdougal C.I

28. On Feb 2, 2015 During intake to Macdougall C.I. plaintiff alleges that he had discussion's with Nurse about his X-ray of Hernia taken of July 22, 2014. And was told he would be put On the Doctor's list

29. On March 8, 2015 Nurse Holly of Macdougall C.I. Informed plaintiff that he would be transferred to Uconn Medical center for appointment regarding Hernia, but this was false

30. Prompted to write On or about April 2015 plaintiff had discussion with Erin Nolin, Nursing Supervisor who agreed to have plaintiff

Seen by the Defendant Syed John Nagvi the next day, but fail to do so

31. Plaintiff alleges that on a second ocasion On or about April, 2015 he met defendant Nolin, in pain, and regarding his enlarged hernia again; She failed to provide adequate access, or medical care to plaintiff

32. Plaintiff after his third denial of medication and access to medical care wrote H.S.A. Raquel Lightner, who on 5/28/2015 Summoned the plaintiff to speak

33. On or about may 28, 2015 After revealing the amount of pain, And Hernia issues Lightner place plaintiff on list to be examined by Defendant Syed John Nagvi

34. On june 3, 2015 plaintiff was examined by Dr. Syed John Nagui who directed that plaintiff was not ready for Surgery; And chances were Slim that surgery would be granted, so He was not worth his time to pursue further treatment for any hernia or provide pain medication

35. On june 29, 2015 plaintiff wrote another grievance, Seeking treatment of medical Department at Macdougall C.I,

36. Plaintiff On or about july 2015 in another meeting with Nursing Supervisor ERIN Nolin was Told there was not only nothing else she Could due and plaintiffs past a serial writer was reason he was not believed about his hernia issue

37. December 28, 2015 plaintiff wrote after He'd Seen Defendant Nagvi again, who advised plaintiff that he was all set for surgery of his hernia, and would receive it in weeks to come

38. In return JAn 11, 2016 plaintiff received return notification that there was error in receivership with Surgery, and plaintiff

would be Called within the week. (Exh C)

39. On Jan 12, 2016 Plaintiff wrote a grievance to address the Set of Circumstances that Continued to have him rejected from Surgery

40. On Jan 14, 2016 Defendants Nolin Lightner, and Naqvi had plaintiff Transferred in retaliation of his free speech and attempts to seek Continuing redress for denial of medical Care, medication and Torture

41. On Jan 14, 2016, upon intake to Osborn C.I. plaintiff alleges that he spoke with, and notified intake nurse that he was in pain and suffered from Serious hernia on his rightside

42. Upon medical appointment On Jan 21, 2016 Plaintiff States U.r.C request for Hernia procedure was filed by Joseph Breton AprN (Exh. D)

43. Plaintiff asserts that (Exh. E) Appt, On Jan 19, 2016 with David Giles M.D. allowed for said approval On Jan 21, 2016 Of plaintiffs Hernia Surgery

44. On or About April 24, 2016 Plaintiff asserts that he was at UConn Medical Center, given Herniorraphy Procedure by David Giles M.D. (Exh. F)

45. On or About Jan 19, 2016 Plaintiff and David Giles M.D. agreed to Only a "laparoscopic Bilateral Inguinal repair" and nothing more (Exh E)

46. On Said April 30, 2016 Dr. Carson Wright Commenced follow up with plaintiff, who Clearly Instructed wright that he did not feel well and was in Serious pain.

47. On may 16, 2016 Plaintiff ~~Informs~~ wright by request that he believed he received the wrong Surgery

and surgical area was not reducing in size (Exh H)

48. On May 20, 2016 Dr. Wright Saw Plaintiff, and examined the scar insisting that they all had the same look and that Surgery was infact the right surgery (Exh H)

49. On or About May 22, 2016 plaintiff wrote wright again advising him of Surgery Conditions worsening and infection (Exh I)

50. Dr. Wright, Saw Plaintiff on june 2, 2016 as well as Richard Furry H.S.A who witnessed the Swelling of plaintiffs testical, discoloration and extreme pain (Exh I)

51. Plaintiff on May 29, 2016 Contact U.R.C Manager Latoya regarding his painful Conditions and inability to walk, along side experiencing Life threatning issues (Exh. I)

52. U.R.C Manager Latoya Mathew On june 1, 2016 reply to plaintiffs request stating nothing was Scheduled or no decision was Made as to resending plaintiff to the Ucann, Nor did wright Participate in providing Such U.R.C. (Exh J)

53. Upon plaintiff writing grievance about his issues with Surgical Complication, Plaintiff was seen by wright, who addressed Plaintiff as paranoid, and needed a change of enviroment in-order to make him feel better

54. On or about June 2015, Plaintiff was transferred back to Cheshire C.I, out of medical retaliation by Carson Wright who wanted nothing to do with the surgery that had gone wrong

55. On or about June 2016, Plaintiff Saw Ruiz as a mean of examination, and was told that his testical would shrink over time. Refusing to send him to Ucan, or provide medication

56. Plaintiff asserts between June 2016 and July 2016 he was presented with two more Ultrasound that drew the Conclusion that mesh repair was neccessary in order to Give Plaintiff Relief

57. On June 8, 2016 it was clear that Emergency Ultrasound Performed and dictated by MARK J KANE M.D. that findings were not definitive for epididymitis (Exh.K)

58. On June 21, 2016, it was clear that Emergency Room transport due to passing out mid hallway was in fact due to hyper vassular and heterogenic right epididymis cause by the Mesh being Shawn to plaintiffs Vain stopping Circulation (Exh.L)

59. Plaintiff writes request on July 11, 2016 addressing blockage and pain, Yet request Only returned with answer by Debra Wilson U.r, C.M/(Exh.M)

60. On or about Aug 4, 2016 plaintiff writes record Specialist Ann Cigal for third time requesting medical records after it was apparent that his surgery had been botched

61. However plaintiff alleges that Defendant Cigal intentionally Tampered with his medical records subtracting Sensitive evidence Results and incident reports

62. July 22, 2016 Sent to Ricardo Ruiz M.D. was results that Mesh Surgery was botched and plaintiff was indeed in need of Surgery (Exh.O)

63. On Said August 1, 2016 plaintiff was given Procedure right Inguinal hernia repair. By Same C.M, H.C Dr. David Giles who was allowed to go back and Correct his work (Exh.P)

64. Plaintiff alleges that defendant Giles never informed Plaintiff that he wish to do Corrective Surgery. As to Seek Consent on Plaintiff's person to retry Said procedure

65. Plaintiff asserts that John Dempsey Hospital it's agents representative and employees Took Said Mistructions from Defendants Giles to reconstruct Diagnosis of plaintiff and Reasons for being at John Dempsey Hospital writing recurrent hernia and a new hernia found and repaired (Exh.Q)

66. Plaintiff after Surgery Complained to Dr. Ruiz, asking why he was having issues with "Erectile Dysfunction" and in response Dr. Ruiz was dismissive with plaintiff

67. On or About Oct, 2016 plaintiff Saw Ruiz again Complaining that he Was Unable to become "Erect" and thought that he had been again subjected to botched Surgery

68. Plaintiff alleges that on more than (8) accounts Dr. Ruiz has intentionally and malicously lied and directly given to plaintiff incorrect medical information by December, 2016 to protect the botched Surgery by Dr. DAvid Giles

69. June 2017 plaintiff States that he request everything from he had return to medical several times, Only to Continue being deceived about the Causation of "Erectile Dysfunction"

70. June, 2017 plaintiff State he needed everything from both Surgery from Ann Cigal but was given tampered records and not in regular order of buisness

71. Plaintiff alleges Ann Cigal, with Dr. Ruiz part took in the efforts to Conceal the records leading to Dr. Giles Surgery

72. Plaintiff asserts he wrote Several high level medical Staff for C.M.H.C Only to receive response from Baber Lafrance. (Exh.V) (Exh.T) (Exh.S)

73. BArbra Lafrance Clearly expresses that the Surgery was botched and because of Defendant Giles indiffrent practices, plaintiff was left with Erectile Dysfunction (Exh.v)

74. Plaintiff alleges prior to Nov 9, 2017 he request to Conversation he made request from Nicole Mendoza (MRS1) Reeords Specialist who too Participated in the redacting, Skimming and Spoilage of his records to hide Same Set of facts regarding Giles

75. Plaintiff alleges that all defendants Knew that there was Issues with the mesh, yet still deliberately exposed plaintiff to this procedure Causing permanent "Erectile Dysfunction"

76. Plaintiff alleges regardless of their Knowledge about the mesh all Defendants refused for a great length of time Causing Such damage to plaintiff Unreversable and life long

77. Defendants Monica farinella as Director as Director of Corr, Managed Health Care, is responsible for hiring and making Avail-able any and all policies governed by C,M,H.C which include Transparancy and SAfety of the inmates of D,O,C.

78. Defendant farinella fails to protect inmate safety by not reviewing Doctor Contract work and making policies that would make mandatory all reporting of incorrect Surgeries

## Legal Claims

### Count ONE Spoilage

1. Plaintiff alleges that Defendant Ann Cigal by failing her duties as a medical Records Specialist which insist She is not to tamper with the medical records in itself is Spoilage

2. By Ann Cigal, and Mendoza malieously and intentionally Skimming, redacting and Concealing from plaintiff his own records to Avoid disclosure of indifferent Surgical Practices was Spoilage

3. Ann Cigal and Mendoza's intentional Concealing of plaintiff records as part of medical Conspiracy is Spoilage

## Count Two - Retaliation

1. Dr. Ruiz and Cindy, And Nolin, intentional transfer of plaintiff because of his Knowledge, Seeking medical attention was retaliation

2. Dr. Ruiz, Cindy, And Nolin wright, and Dr Naqvi all Transferring plaintiff as a means to stop plaintiff from seeking Redress was Violation of FreeSpeech and retaliation

## Count Three Cruel and Unusual punishment

1. All Defendants by Knowing dangers of the mesh and not warning plaintiff was deliberate and indifferent

2. Ruiz by failing to provide plaintiff Proper and adequate Medical Care lead to deliberate indifference

3. Ruiz, wright and Naqvi, by failing to adequately address plaintiffs Medical Conditions Caused diliberate indifference

4. Giles Malicious Surgical Practices that left plaintiff with Erectile Dysfunction was indifferent

5. Giles malicous and intention Practices that Cause a double Repair Surgery were deliberate and indifferent

## Count Four Lack of Consent

1. Giles failure to State mesh Complications was deliberate and indifferent

2, Giles, Ruiz, and Wright and Naqvi failure to advise plaintiff of complications with surgery and the potential of erectile complication was deliberate and indiffrent

## Count Five - Denial of medication

1. All Defendants, Except Cigal and Mendoza are subject to the denial of medication, Knowing the potential exposure of plaintiffs pain

2. Ruiz, Naqvi, Wright Knowing plaintiff had been subjected to improve implantation of mesh Knew pain existed and still refused to cure or grant relief

## Prayer for Relief

Plaintiff ask that the following be granted as so to the following request for relief

1. Compensatory Relief - for A total Sum of $ 2,000,000 from defendants in or as a whole

2. Punitive Damages - for a Total Sum of $ 2,000,000 from defendants in or as a whole

3. Any And All legal ~~fees~~

4. Any other relief Courts think possible

5. Injunctive Relief forcing Dr. Fannella to make manditory reporting of All incorrect Surgeries

2/21/2018    Lawrence Franko #68272

Lawrence Franko
Cheshire C.I.
900 Highland Ave
Cheshire CT 06410





University of Connecticut
Health Center

## CORRECTIONAL MANAGED HEALTH CARE

**UR Request Response**

Generated on 8/1/2012 10:32:58 AM

The Utilization Review Committee (URC) reviewed the following case:

**Date of Review:** 7/31/2012 8:21:20 AM

**Name:** FRANKO,LAWRENCE          **DOB:** 12/23/1955          **TOO#:** T01496524

**Inmate Number:** 00068292

**Request Date:** 7/26/2012 5:12:20 PM          **UR Request#:** 106097

**Current Facility:** CHESHIRE CI

**Initial Diagnosis:** Hernia          **Updated Diagnosis:** Hernia

**Current Diagnosis:** Hernia

**Requested Procedure:** Consult - ICD Clinic          **Updated Procedure:** Consult - ICD Clinic

**Approved Procedure:**

**Requested Specialty:** General Surgery          **Updated Specialty:** General Surgery

**Approved Specialty:**

**Summary For Consultant:**

**Utilization Review Determination and Recommendations:**

Review by Panel/MD.

Continue to monitor as currently hernia is reducible and patient is a high-risk surgical on CPAP.

**Review Disposition:** Not Approved

---

URC Decision to be Reviewed by Facility MD and Discussed with Inmate Before Filling.

Clinician Signature: _____          Date/Time: _____

Inmate Signature: _____          Date/Time: _____

# CONFIDENTIAL
(FOR OFFICIAL USE ONLY)

Inmate name: Lawrence Franko

Inmate number: 68292    Housing: SB1-16

| SECTION 4 | STATE THE PROBLEM AND REQUESTED RESOLUTION |
|---|---|

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT.

On 7/26/2012 I was not approved for General Surgery (Hernia) Review Panel/MD states: Continue to monitor as currently hernia is reducible and patient is a high-risk surgical on C-PAP.

I been wearing hernia harness from that disposition up untill Wednesday 7/16/2014. I started getting so much pain from the hernia I could not wear it because it was pushing up against the hernia, I could not wear it because it was pushing up against the hernia. I put in for sick call Saturday 7/19/2014 and a 2nd sick call (request Monday 7/21/2014. It wasn't till Tuesday 7/22/2014 That I made officer Harrison C (Block Officer on Duty) aware of my pain and how I never gotten called down for sick call. He then called medical (Emergency Sick Call) I was seen the nurse who 1st check me say "you need to drink more water, your high-risk for surgery their not going to approve you for surgery." I don't know her name however she is not a doctor and shouldn't be telling me anything. Later that day 2:00pm I was called down for X-Rays and sent back to me cell. The pain and the hurt I'm in will not show up on an X-Ray. They told me the the X-Rays on my lower back was ok (Doctor Ruiz) I wasn't till I was sent to U-Conn for MRI. that showed L3-L4 herniated and L5 blown out and space narrowing. I too am waiting for that surgery as well. I want to go on record that I made the medical staff nurses and Doctors aware I am not receiving the Treatment + Surgery needed and That I have exhausted all Doc's Administrative Relief. In doing so I will now leave it up to the courts to decide.

Inmate signature: Lawrence Franko    Date: 7/22/2014

**For all remedies except health services, deposit this form in the Administrative Remedies box.**
**For a health services issue, deposit this form in the Health Services box.**

| SECTION 5 | DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW |
|---|---|

Date Received: 7/29/14    IGP #: M135-3813-14    T#:

Disposition: Returned Without Disposition    Date of Disposition: 7/31/14

Reason:

Policy not followed

☐ You have exhausted DOC's Administrative Remedies.    ☐ This matter may be appealed to:

Signature: S Estrom RN    Date: 7/31/14



## Inmate Request Form
### Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: _Lawrence Franko_    Inmate number: _68292_

Facility/Unit: _Macdougall_    Housing unit: _L2-57_    Date: _12/28/2015_

Submitted to: _Ms. Nicky / URCM_

Request: _RE: Written Copy Of approval Lower Hernia Surgery_

_I meet with Doctor Naqvi on 12/27/2015. At which time he told me I have been approved for Lower Hernia Surgery, by URC Committee. The reason for this request to you, I am requesting a Written Notification of said approval for my records.    Thank You_

_*Note: Reply Requested._
_L.H.F.pt._

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name):    Title:

Action taken and/or response:

_You have to request copies of approvals via medical records you will be called to medical this week to discuss pending surgery/error surgical consult_

continue on back if necessary

Staff signature: _____    Date: _1/6_

*Exh. D*



## University of Connecticut Health Center

### CORRECTIONAL MANAGED HEALTH CARE

**UR Request Response**

Generated on 3/21/2016 9:07:53 AM

The Utilization Review Committee (URC) reviewed the following case:

**Date of Review:** 1/29/2016 12:52:42 PM

**Name:** FRANKO,LAWRENCE          **DOB:** 12/23/1955          **TOO#:** T01496524

**Inmate Number:** 00068292

**Request Date:** 1/21/2016 8:15:27 AM          **UR Request#:** 142943

**UR Requestor:** Breton, Joseph

**Current Facility:** OSBORN CI

**Initial Diagnosis:** Hernia          **Updated Diagnosis:** Hernia

**Current Diagnosis:** Hernia

**Requested Procedure:** Surgical Procedure -          **Updated Procedure:** Surgical Procedure - Herniorraphy
Herniorraphy

**Approved Procedure:** Surgical Procedure - Herniorraphy

**Requested Specialty:** General Surgery          **Updated Specialty:** General Surgery

**Approved Specialty:** General Surgery

**Summary For Consultant:**

60 year old Uses Truss when able to reduce hernia, inmate has at least 10 years left on sentence. he was sent to General surgeon who recommends "laparoscopic bilateral inguinal" repair, same day surgery under general anesth.

**Utilization Review Determination and Recommendations:**

Review by Panel/MD.

1/25/2016 7:40:26 AM Panel Printout JW

CONFIDENTIAL

**Review Disposition:** Approved for Service as Requested

**URC Decision to be Reviewed by Facility MD and Discussed with Inmate Before Filling.**

Clinician Signature: _____          Date/Time: _____

Inmate Signature X _____          Date/Time X 3/21/2016

*Exh. E*



# University of Connecticut Health Center

CORRECTIONAL MANAGED HEALTH CARE

Generated on 1/15/2016 9:34:45 AM

## CONSULTATION FORM

**CMHC URC Requests the Following Service:**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 00068292 | 12/23/1955 |
| INMATE NAME (LAST,FIRST,INITIAL) | |
| FRANKO,LAWRENCE | |

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| M | WHITE | OSBORN CI |

| Specialty | Procedure | Treating Facility | TOO# |
|---|---|---|---|
| General Surgery | Consult - Return Visit | MacDougall Walker CI, | T01496524 |
| Diagnosis | | | Appt Date |
| Hernia | | | 1/19/2016 6:00:00 AM |

**Summary for consultant:**
60 y.o. with RIH seen in the past by Gen Surg for hemorrhoidectomy. Uses Truss when able to reduce hernia. Will order colace for long term use. Request hernia repair as it is enlarging and inmate has at least 10 years left on sentence.

Allergies: (circle) NKA (Yes) (List) Penicillin V — rash.    Diabetes:(circle) (Yes) No

Consultant's Brief Summary of Findings/Recommendations to UCHC-CMHC URC and PCP:

Increasingly Symptomatic, reduces w/ difficulty — RIH.
Complains of Constipation.
Happy with results of hemorrhoidectomy.

To exam - Obese, in NAD.
R Inguinal > L Inguinal area. Testes ↓↓, nl external genitalia —
R + L Inguinal Hernias present. More tender on R than L.

Imp: Bilateral Inguinal Hernias.

CONFIDENTIAL

**Recommendations:** DX or THERAPEUTIC PROCEDURES MUST BE PRECERTIFIED AND SCHEDULED BY CMHC UR.
Laboratory testing is available in the Correctional facilities

Suggest laparoscopic B Inguinal Herniorrhaphies —
@ UCHC under gen anesthesia same day surgery
— VHC for surg F/up In OR B 1/19/16

Suggested Follow-up*: Check One Only    ☐ With Facility Staff    ☐ In ~___ weeks    ☐ In ~___ months
*Specify only follow-up that can't be done in the DOC facilities, which have staff in general medicine, infectious disease, psychiatry, optometry, dentistry, OMFS, OB-GYN, and podiatry.

| Signature | PRINT Name | Beeper or Phone | Date |
|---|---|---|---|
| *Giles* | GILES | 860-679-8080 | 1/19/16 |

Attending Signature: *David Giles*

Consult Must Be Reviewed/Signed by CMHC Clinician Prior to Filing In Inmate Health Record:

Clinician Name/Title: _____    Date/Time: 1/21/20

*Exh F*



# University of Connecticut
# Health Center

CORRECTIONAL MANAGED HEALTH CARE

Generated on 4/26/2016 8:19:01 AM

## CONSULTATION FORM

| | |
|---|---|
| INMATE NUMBER 00068292 | DATE OF BIRTH 12/23/1955 |
| INMATE NAME (LAST,FIRST,INITIAL) FRANKO,LAWRENCE | |

**CMHC URC Requests the Following Service:**

| SEX M | RACE/ETHNIC WHITE | FACILITY OSBORN CI |
|---|---|---|

| Specialty General Surgery | Procedure Surgical Procedure - Herniorraphy | Treating Facility UCHC Same Day Surgery - Requires NPO Status, | TOO# T01496524 |
|---|---|---|---|
| Diagnosis Hernia | | | Appt Date 4/27/2016 6:30:00 AM |
| **Summary for consultant:** 60 year old Uses Truss when able to reduce hernia, inmate has at least 10 years left on sentence. he was sent to General surgeon who recommends "laparoscopic bilateral inguinal" repair, same day surgery under general anesth. | | | |

Allergies: (circle) NKA (Yes)(List) *Penicillin* ✓_____ Diabetes:(circle) Yes (No)

Consultant's Brief Summary of Findings/Recommendations to UCHC-CMHC URC and PCP:

B/L inguinal hernias repaired c̄ mesh, laparoscopic. Tolerated well.

CONFIDENTIAL

Recommendations: | DX or THERAPEUTIC PROCEDURES MUST BE PRECERTIFIED AND SCHEDULED BY CMHC UR. Laboratory testing is available in the Correctional facilities

D/c to DOC per PACU protocol
no strenuous activity / heavy lifting for 6 weeks
May shower
Percocet 5/325 tab PO q 4 hours PRN for 7 days
Motrin / tylenol thereafter
or corneal abrasion right eye: Ketorolac opthalmic solution 0.5%, 1 drop q 6 OD and erythromycin

eval in am. If still symptomatic call anesthesia or ophthomology → consult for slit lamp eval.
ophthalmic ointment 0.5%, 1 cm ribbon OD q 6 hrs

| Suggested Follow-up*: Check One Only | ☐ With Facility Staff | ☒ In ~ **2** weeks | ☐ In ~____ months |
|---|---|---|---|
*Specify only follow-up that can't be done in the DOC facilities, which have staff in general medicine, infectious disease, psychiatry, optometry, dentistry, OMFS, OB-GYN, and podiatry.

| Signature | Wood PRINT Name | Surgery Beeper or Phone | 4/27/16  12:15 Date |
|---|---|---|---|

Attending Signature: _____

Consult Must Be Reviewed/Signed by CMHC Clinician Prior To Filing In Inmate Health Record:

Clinician Name/Title: _____    Date/Time 7/28/16

*Exh. G*



## University of Connecticut
## Health Center

### CORRECTIONAL MANAGED HEALTH CARE

**UR Request Response**

Generated on 5/2/2016 11:58:13 AM

The Utilization Review Committee (URC) reviewed the following case:

**Date of Review:** 5/2/2016 11:35:44 AM

**Name:** FRANKO,LAWRENCE      **DOB:** 12/23/1955      **TOO#:** T01496524

**Inmate Number:** 00068292

**Request Date:** 4/28/2016 10:17:46 AM      **UR Request#:** 146685

**UR Requestor:** Wright, Johnny

**Current Facility:** OSBORN CI

**Initial Diagnosis:** Hernia      **Updated Diagnosis:** Hernia

**Current Diagnosis:** Hernia

**Requested Procedure:** Consult - Post Op      **Updated Procedure:** Consult - Post Op

**Approved Procedure:**

**Requested Specialty:** General Surgery      **Updated Specialty:** General Surgery

**Approved Specialty:**

**Summary For Consultant:**

60 yowm s/p laparoscopic bilateral inguinal repair with mesh, same day surgery. recc f/u in 2 weeks.;

**Utilization Review Determination and Recommendations:**

Panel recommends alternate plan.

Panel recommends follow up on site with PCP.

**Review Disposition:** Not Approved

**URC Decision to be Reviewed by Facility MD and Discussed with Inmate Before Filling.**

Clinician Signature: _____    Date/Time: _____

Inmate Signature: _____    Date/Time: _____

CONFIDENTIAL



## Inmate Request Form
### Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Lawrence Fronko

Inmate number: 68292

Facility/Unit: Osborn C.I.

Housing unit: Q 1—13

Date: 5/16/2016

Submitted to: Dr. Wright / Medical

Request: Dr. Wright — I am writing you because I feel I was given the "wrong" surgery. Three weeks ago I had surgery (Inguinal Hernia). I feel what was done was Umbilical Hernia. I did not need this. I feel U-Conn Hospital gave me the wrong surgery. You told me you would call me in for a follow up after my surgery. Also at that time you wanted to see the Court order from Judge Oliver, Rockville Superior Court (Claustrophobia, Special Transportation). I still have the same size lump, right side lower →

*continue on back if necessary*  (Cont. Back)

Previous action taken:

MAY 17 2018

MAY 1 7 2016

*continue on back if necessary*

Acted on by (print name): Jen Foster

Title: RN

Action taken and/or response:

Seen by Dr. Wright 5/19/16

*continue on back if necessary*

Staff signature: Jen Foster

Date: 5/20/16



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Lawrence Franko    42    Inmate number: 68292

Facility/Unit: Osborn    Housing: Q1-18    Date: 5/22/2016

Submitted to: Doctor Wright

Request: The pain has gotten worst. As of Sunday morning 5/22/2016 The pain has travel to my right side as well.
   I am in a great deal of pain. I am not a doctor, however, I know my body and I know some-thing didn't go right during Surgery. How long do I have to suffer in pain before I am sent back to U-Conn Hospital before more damage is done, or I end up dead? Some thing is not right. L.A.F./C.C.

**continue on back if necessary**

Previous action taken:

**continue on back if necessary**

Acted on by (print name): A Fulle    Title: LA

Action taken and/or response:

Seen by MD on 6-2-16
States he is addressing his concerns.

MAY 2 3 2016

**continue on back if necessary**

Staff signature: [signature]    Date: 6-3-16

sing unit:



## Inmate Request Form
### Connecticut Department of Correction

CN 9601
REV 1/31/09

| | |
|---|---|
| Inmate name: Lawrence Franko | Inmate number: 68292 |

Facility/Unit: Osborn        Housing unit: Q1-13        Date: 5/29/2016

Submitted to: Ms. Latoya / URC Manager

Request: Hello, Ms. Latoya - I was examined by Doctor Wright May 19-2016. He told me he felt something was not right. He stated the Hernia, the right side should not be that big and as hard as a rock after surgery. Also I should'nt have sharp pain going into my right testicle and be in the pain that I'm in. He told me he recommended I be sent back to U-Conn to be seen. The reason for this request is I would like to know have I been scheduled for this follow up! I feel this is life threatening. I should

*continue on back if necessary*

Previous action taken: not have this after four weeks after surgery. Can the medical Department here garrentee me its not. I should'nt have to wait a week, a month, ect. This follow up needs to happen. Question now is when? Thank you.
L.R.F./C.C.

*continue on back if necessary*

| Acted on by (print name): | Title: |
|---|---|

Action taken and/or response: An appeal has been placed on your behalf to have an evaluation by General Surgery. Nothing has been scheduled yet. When a decision is made I will inform you.

*continue on back if necessary*

| Staff signature: L. Mathen | Date: 6/1/16 |
|---|---|



# UConn
# Health Center

**Patient** Franko, Lawrence
**Attending**

**Birth Date** 12/23/1955    **Sex** M        **Rm/Bed** 5028B
**Pt #**                     **MR #** T01496524  **Adm Date** 09/01/2016

| US Scrotum And Contents 76870 | Jun 08, 2016 12:28 |
|---|---|

```
ULTRASOUND REPORT
***Final Report***
ULT 0024 - US SCROTUM AND CONTENTS  (A#:1800746,06/08/2016)
INDICATIONS:  ELARGEMENT-PAIN, TESTICULAR TENDERNESS LEFT, ? EPIDIDYMITIS
COMMENTS:
RESULT:
ULTRASOUND SCROTUM
HISTORY: Enlargement and pain left testicle, tenderness.  Question
epididymitis.
FINDINGS:
The right testis measures 2.4 x 2.7 x 3.7 cm
The left testis measures 2.2 x 2.8 x 3.9 cm
Both testes are normal in shape, size, and echogenicity. Normal
color-flow is present.
Trace to small hydroceles seen bilaterally.
The right epididymal head measures 1.6 x 1.1 x 1.0 cm.  There is a small
5 mm epididymal cyst.  The epididymis is heterogeneous and also contains
several punctate hyperechoic foci.  Question sequela of prior
epididymitis.  Mild hypervascularity present.  No focal abnormalities of
the visualized epididymal tail.
The left epididymal head measures 0.8 x 1.0 x 0.9 cm.  This is slightly
heterogeneous in appearance.  Vascularity is minimally increased.
Epididymal tail was not well-visualized.
IMPRESSION:
1.  Normal appearance of the testes bilaterally.
2.  Mildly hypervascular and heterogeneous right epididymis.  As there
are no given symptoms on the right side, this could be related to chronic
changes.
3.  The left epididymis is not significantly enlarged and demonstrates
only minimal vascularity.  Findings are therefore not definitive for
epididymitis.
4.  Small bilateral hydroceles.
TECHNOLOGIST: MRL
Interpreting Physician: MARK J KANE MD   on 06/08/2016 12:44
Reviewed By:
Transcribed by / Date: PSC on 06/08/2016 12:50
Electronically Signed by / Date: MARK J KANE MD on 06/08/2016 12:50
Distribution: ROCHELLE VAN METER DO
```

| Page created: Wednesday, September 14, 2016 10:03 AM For: DWILSO |
|---|

CONFIDENTIAL

9/14/16
COPY

**Facility** University of Connecticut
**User** DEBRA WILSON

Page 1 of 1

*Confidential*



UConn
Health Center

#68292

Patient Franko, Lawrence                    Birth Date 12/23/1955    Sex M              Rm/Bed
Attending                                    Pt #                     MR # T01496524     Adm Date 06/21/2016

| Surgical CMHCP | Jun 21, 2016 15:08 |
|---|---|

UCONN HEALTH

Patient Name:  FRANKO, LAWRENCE          MRN:  1496524
Date of Birth:  12/23/1955               Date of Service:  06/21/2016

CORRECTIONAL MANAGED HEALTHCARE

HISTORY OF PRESENT ILLNESS:
Mr. Franko is a 60-year-old gentleman who reports flatus, bowel
movements.  He is also voiding freely.  He denies any nausea or emesis
and his persistent right groin pain.  He is currently on gabapentin
and Cipro.  The patient reports that he underwent bilateral inguinal
hernia repair laparoscopically on 04/27/2016 with Dr. Giles.  Since
then he has had chronic right groin pain and has felt an induration of
a nodule on the right groin as approximately 2 x 2 cm.  It is
progressively worsening.  The patient did show up to the emergency
room where he had an ultrasound that demonstrated mild hypervascular
and heterogenic right epididymis and small bilateral hydroceles.

PHYSICAL EXAMINATION:
On physical exam, the patient demonstrated vital signs of 97.6
temperature, 122/83 blood pressure, 70 heart rate, 17 respiratory
rate, 97% oxygenation on room air.  He is alert and oriented x3, in
mild acute distress.  HEART: He demonstrates good S1 and S2.  Lungs
are clear to auscultation bilaterally.  ABDOMEN: He is soft,
nontender, nondistended.  On pelvic exam, he has normal size
testicles, induration of the right groin halfway between the anterior
superior iliac spine and the pubic symphysis.  His induration is about
2 x 2 cm circular, nonmobile.  There is no evidence of recurrence of
the hernia on the digital examination.  He is very tender to palpation
on this induration.  There is no erythema overlying the skin.

ASSESSMENT AND PLAN:
This is a 60-year-old gentleman status post laparoscopic bilateral
inguinal hernia repair back in April with subsequent development of an
induration in the right groin.  Ultrasound performed this month
demonstrated only right epididymis and hydroceles, not in correlation
with the clinical findings.  The patient will benefit from a CT scan
for further analysis of this induration.  His case was discussed with
Dr. McFadden.


Dictated By:  Eduardo Sandoval, MD
ES/MODL


DD:  06/21/2016 15:08:28  DT:  06/21/2016 15:31:35
Job #:  933649/703519762

| Page created: Wednesday, June 22, 2016 8:32 AM For: DWILSO |
|---|

CONFIDENTIAL

Facility University of Connecticut
User DEBRA WILSON                                            Page 1 of 1

*Confidential*



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Lawrence Franko

Inmate number: 68292

Facility/Unit: Cheshire

Housing unit: 5B5 - 25

Date: 7/11/2016

Submitted to: Ms Charlene / U.R.C. Manager

Request: Good Day To You Ms. Charlene — I would like to know if I have been schedule for the cat-scan at U-Conn Hospital? I was sent to U-Conn Hospital, Emergency Room on 6/8/2016 Where they did an Ultra Sound showing infection. I was sent back to U-Conn Hospital on 6/21/2016 Where I was seen by Two Surgean. They look over the medical records and Ultre Sound and told me I need to have a cat-scan done so that they could see what went wrong after Surgery or why there—

*continue on back if necessary*

Previous action taken: is blockage go to my right tectis causing me pain and swelling, ect. I don't understand why it is taking so long, U-Conn know's there is something wrong. Please get back to me A.S.A.P. Thank You, for your help in this matter. L.F.
L.A.F.C.C.

*continue on back if necessary*

Acted on by (print name): Deh

Title: RN

Action taken and/or response:

CT Scan approved by UConn — appointment scheduled for future

*continue on back if necessary*

Staff signature:

Date: 7/13/16



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Lawrence Franko

Inmate number: 68292

Facility/Unit: Cheshire

Housing unit: 5B5-25

Date: 8/4/2016

Submitted to: Medical Records, Ann Cigal

Request: Ms. Cigal — I am requesting a copy of the Cat-Scan that was done at U-Conn hospital on 7/22/2016 and the results.

Your acceptance in this matter is well appreciated.

Thank You,

L.A.F. 68292

**continue on back if necessary**

Previous action taken:

8/17/16
Sent 1 copy to inmate through mail
A Cigal
Med Rec

AUG 05 2016

**continue on back if necessary**

Acted on by (print name): _____  Title:

Action taken and/or response:

8/9/16
Called down to sign ROI and fee form when I receive the completed fee form from I/M accounts I will send your copies

A Cigal
Med Rec

**continue on back if necessary**

Staff signature: _____  Date: _____



# UConn
# Health Center

Patient Franko, Lawrence          Birth Date 12/23/1955    Sex M          Rm/Bed
Attending                         Pt #                     MR # T01496524    Adm Date 07/22/2016

| CT ABD + PELVIS WITHOUT IV CONT | Jul 22, 2016 13:07 |
| --- | --- |

```
COMPUTERIZED AXIAL TOMOGRAPHY REPORT
***Final Report***
CAT 1028 - CT ABD + PELVIS WO IV CONTRAST  (A#:1819063,07/22/2016)
INDICATIONS:  RLQ PAIN AFTER BILAT INGUINAL HERNIA REPAIR
COMMENTS:
RESULT:
EXAM:  CT abdomen and pelvis without contrast
INDICATIONS:  RLQ PAIN AFTER BILAT INGUINAL HERNIA REPAIR with mesh
TECHNIQUE:  CT abdomen and pelvis without contrast was obtained and
reconstructed in axial and coronal images from the lung bases through the
ischial tuberosities. Oral contrast was administered to the patient
without complication.
COMPARISON:  CT abdomen and pelvis 5/15/2015
FINDINGS:
The lung bases demonstrate mild dependent atelectasis.
A few punctate nonobstructing bilateral renal calculi are noted. Liver,
spleen, pancreas, gallbladder, and adrenal glands are unremarkable. No
hydronephrosis.
Postoperative change status post hernia repair with mesh in place. Trace
amount of fluid associated with mesh is seen, which may be postoperative
related. Minor amount of stranding is noted. There is a persistent
fat-containing right inguinal hernia; fat may arise from an
extraperitoneal location. Within the hernia sac is a 2.5 cm ovoid
density, in the former location of hernia sac fluid.
Small fat-containing left inguinal hernia probably represents excluded
fat related to prior repair.
No drainable fluid collection.
No abdominal or pelvic lymphadenopathy. No aggressive osseous lesion is
seen. Postoperative changes status post posterior lumbar fusion and
decompression L4-L5.
IMPRESSION:
1. Post surgical change status post bilateral inguinal hernia repair with
mesh in place. Trace amount of fluid associated with the mesh is likely
postoperative.
2. Small right inguinal hernia on the right contains fat, likely
extraperitoneal. Density within the hernia sac in the former location of
previously seen fluid could represent an organized hematoma.
TECHNOLOGIST: NER
Interpreting Physician: MARCO MOLINA MD   on 07/22/2016 15:09
Reviewed By:
Transcribed by / Date: PSC on 07/22/2016 15:26
Electronically Signed by / Date: MARCO MOLINA MD on 07/22/2016 15:26
Distribution:
```

Page created: Monday, July 25, 2016 10:18 AM For: RIRUIZ

CONFIDENTIAL



## UConn
## Health Center

Patient FRANKO ,LAWRENCE          Birth Date 12/23/1955   Sex M          Rm/Bed 5028B
Attending                         Pt # 12976190           MR # T01496524  Adm Date 09/01/2016

| JDH Discharge SummaryP | Sep 04, 2016 07:26 |

                              UCONN HEALTH


        DISCHARGE SUMMARY

        Patient Name:  FRANKO, LAWRENCE      MRN:  1496524
        Date of Birth:  12/23/1955           Date of Admission:   09/01/2016
                                             Date of Discharge:   09/04/2016


        DISCHARGE DIAGNOSIS:
        Recurrent right inguinal hernia.


        PROCEDURE:
        Right inguinal hernia repair.  This was performed by Dr. David Giles
        on September 3, 2016.

        BRIEF HISTORY OF PRESENT ILLNESS:
        The patient is a 60-year-old male from the Department of Corrections
        who had undergone previous laparoscopic inguinal hernia repair in
        April 2016.  Since that procedure, he has had ongoing right groin
        pain, and on the day of admission, presented with ongoing groin pain
        as well as nausea and vomiting.  He denied fever or chills.  He did
        describe pain with moving his bowels which referred to the right
        inguinal area as well.  There is no dysuria noted.

        PAST MEDICAL HISTORY:
        Notable for obstructive sleep apnea, diabetes mellitus, hypertension,
        hyperlipidemia, degenerative disk disease.

        PAST SURGICAL HISTORY:
        Notable for a previous bilateral laparoscopic inguinal hernia repair
        with mesh performed in April 2016, a previous lumbar laminectomy and
        fusion performed by Dr. Onyiuke at the L4-5 level in 2015 and previous
        hemorrhoidectomy performed by Dr. Giles in September 2015.  He has
        also had a previous abdominal wall hernia repair.  The details of this
        are not available.

        ALLERGIES:
        THE PATIENT HAS A NOTABLE ALLERGY TO PENICILLIN.

        CURRENT MEDICATIONS:
        Include hydrochlorothiazide 50 mg daily, Synthroid 125 mcg daily,
        lisinopril 30 mg daily, metformin a 1000 mg b.i.d., Pravachol 80 mg
        daily, and Zantac p.r.n.

        At the time of initial consultation in the emergency room, the patient
        was afebrile with stable vital signs.  He was in mild discomfort with
        tenderness to palpation in the right inguinal area.  There was a
        nonreducible mass present in the right inguinal area concerning for
        recurrent hernia.  CT scan of the abdomen and pelvis was obtained
        which showed a question of early appendicitis versus a fat containing
        hernia in the inguinal area.  The patient was admitted to the surgical
        service for monitoring and management of his ongoing symptoms.  He was
        taken to the operating room on September 3, 2016.  He was found to
        have a recurrent direct hernia in the right inguinal area as well as a
        small amount of fat in the anal canal.  He had a successful hernia

CONFIDENTIAL



# UConn
# Health Center

| Patient FRANKO ,LAWRENCE | Birth Date 12/23/1955 | Sex M | Rm/Bed 5028B |
| Attending | Pt # 12976190 | MR # T01496524 | Adm Date 09/01/2016 |

repair with mesh without complication.  His postoperative course is
unremarkable.  His wound was well approximated without signs of
infection.  He was tolerating a regular diet.  He was passing flatus
postop.  His pain was adequately controlled with oral medication.  The
patient did have concerns for ongoing issues with constipation which
he feels has contributed to his prior hemorrhoids and hernias.  We
have started him on MiraLAX 17 g daily to prevent further bouts of
constipation.  Our plan for Mr. Frankel will be discharge him back to
his DOC facility.  He will continue on his previous home medications
as previously dictated.  We will add oxycodone 5 to 10 mg every 4 to 6
hours as needed for pain and MiraLAX 17 g daily to prevent
constipation.  The patient will need to follow up in DOC Clinic at
John Dempsey Hospital in 2 week's time for routine postoperative
examination.  The patient, otherwise, clinically stable for discharge
today, September 4, 2016.


Dictated By:  Samuel Gaston, PA

David L Giles, MD
SG/MODL

DD:  09/04/2016 07:26:34  DT:  09/04/2016 07:57:40
Job #:  120771/712110756

Page created: Sunday, September 4, 2016 11:02 AM For: LRICHA



CONFIDENTIAL

Facility University of Connecticut
User

Page 2 of 2

*Confidential*

**JOHN DEMPSEY HOSPITAL**
UCONN Health
Farmington, Connecticut  06030          Pg  1

FRANKO ,LAWRENCE          M / W
T01496524       12976190
Adm: 09/01/16 DOB: 12/23/1955

## Discharge Instructions

Patient: FRANKO ,LAWRENCE        Sex: M DOB: 12/23/1955    Adm: 09/01/16 Dsch:  / /   Marr Sts: U  Rel: NO
Pt Home Address:
CORRECTIONAL MANAGED HC        FARMINGTON        CT 0603000)000-0000
Responsible Person or Agency (Name, Address, Relationship, Phone#):

Phone:( )  -    Rel to Pt:

Referred By Facility: JOHN DEMPSEY HOSPITAL Unit: MS
Attending MD: SHAMES,BRIAN D        Phone: (860)679-2000
Insurances

IP DOC PENDING T19

Allergies
No Known Food Allergies                    Penicillins

### Diagnosis(s)/Reason for Hospital
Right Inguinal Hernia

### Hospital Course:
You were admitted with chronic right groin pain.  You had a bulge
concerning for a recurrent hernia.  You had surgery to evaluate teh
area, and a new hernia was found and repaired.  Your postoperative
course was stable.

### Past Medical Surgical History:
Diabetes, hypertension, OSA

### Follow Up Appointment Reasons
postop

### Follow-Up Visits:
WITH:                        PHONE:              APPOINTMENT/FAX:
GILES MD,DAVID L                              2 Weeks
JDH MS5 CLINIC

### Diets:
Consistent Carbohydrate
Heart Healthy

### Activities:
Frequent rest
Avoid strenuous activity
Increase walking as tolerated

### Lifting:
Up to 10 lbs

### Bathing:
No showers for 2 days

CONFIDENTIAL

Exh. R

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

| | |
|---|---|
| Inmate name: Lawrence Franko | Inmate number: 68292 |

| | | |
|---|---|---|
| Facility/Unit: Cheshire | Housing unit: C.H.U. 15B | Date: 11/12/2017 |

Submitted to: Records Medical

Request: I am requesting a copy of Barber Lafrange investigation Report she conducted in regards too the Inguine Hernia Surgery That left me with having E.D. (Erectile Disfunction) after surgery. Barber Lafrance told me on 11/9/2017 During our video conference she is going to send you (Medical Records) a copy so that this is in my Medical Files. That I could send a request to Medical Records to get a copy. This is that request.

*continue on back if necessary*

Thank You,

Previous action taken:

RECEIVED
NOV 13 2017
BY:

*continue on back if necessary*

| | |
|---|---|
| Acted on by (print name): N. Mendoza | Title: URN |

Action taken and/or response:

We have not received the report yet give it some more time and write again.
Med Rec.

*continue on back if necessary*

| | |
|---|---|
| Staff signature: | Date: 11/15/17 |

*EXh S*

**CONNECTICUT DEPARTMENT OF CORRECTION**
**UNIVERSITY OF CONNECTICUT HEALTH CENTER**
**CORRECTIONAL MANAGED HEALTH CARE**

# CERTIFICATE OF AUTHENTICITY

I hereby certify that the documents attached hereto are true copies of the Protected Health Record/Information requested on the following individual:

Franko, Lawrence
**Inmate Name**

6 8292
**Inmate Number**

Nicole Mendoza NRSI
**Print Staff Name, Title**

**Signature**

Cheshire CI
**Facility**

12/4/17
**Date**

---

**CONFIDENTIAL INFORMATION**
"The confidentiality of this record is required under Chapter 899 of the Connecticut General Statues. This material shall not be transmitted to anyone without written consent or other authorization as provided in the aforementioned statutes."

---

Original Certificate to be sent with copied protected Health Record/Information
Copy to be filed in Correspondence Section of the Health Record

HR918 Rev. 06/05

Exh I



# Authorization to Obtain and/or Disclose
# Protected Health Information
### Connecticut Department of Correction

CN 4401/1
REV 3/19/15

Inmate Name: _Franko, Lawrence_

Inmate Number: _U8292_    Date of Birth: _12 | 23 | 55_

I hereby authorize the Connecticut Department of Correction (CTDOC), the Connecticut Board of Pardons and Paroles (CTBOPP), and the University of Connecticut Health Center (UCHC) Correctional Managed Health Care (CMHC):

☐ to **OBTAIN** the following information from:
*(Complete name and address box)* →

☐ to **DISCLOSE** the following information to:
*(Complete name and address box)* →

Name: _Franko, Lawrence_

Address: _# U8292_

*Instructions: The person completing this authorization should be advised that this form may not be used to release psychotherapy notes. Authorizations for use or disclosure of sensitive health information (such as HIV/AIDS or substance abuse) should be initialed by the requestor.    ("X" All that apply):*

☐ Current Health Record *(Includes mental health information, other than psychotherapy notes)*

☐ Health Information related to *(specific diagnosis, injury, operation, etc.)*:

☐ Partial Health Record - period from _____ to _____

☒ Other health information *(be specific)*: _11/9/17 Clinical Note from B. Lawrence_

☐ I specifically authorize the release of the following information from my health record. *(Initial all that apply)*

_____ Substance Abuse *(Alcohol/Drug)*

_____ Confidential HIV/AIDS Related Information

_____ Mental Health *(Other than psychotherapy notes)*

_____ Sexually Transmitted Disease

I am requesting that this information be **disclosed** or **obtained** for the purpose of: _personal records_

I understand that this authorization is voluntary and that I may withdraw my consent, in writing, at any time, except to the extent that it has already been acted upon. My consent, if not withdrawn, will continue throughout my term of supervision by the CTDOC regardless of my placement and including any time spent on parole or community supervision. If this form is used to obtain or disclose records for a person not under CTDOC supervision, consent shall be valid for a period of one (1) year from the date the person signs, unless withdrawn.

**Notice to Individual Requesting the Disclosure.** *Your signature below indicates that you understand that if the organization authorized to receive the information is not a health care provider or health plan, and the information disclosed is NOT protected by Title 42 CFR Part 2 and C.G.S. Ch. 368x, then the released information may no longer be protected by the HIPAA Federal Privacy Regulation.*

X _Lawrence Franko_
Patient Name (print)

X _Lawrence Franko_
Signature of Patient or Legal Representative

X _10/5/2017_
Date

_____
Printed Name of Legal Representative *
* A copy of the personal representative's legal authority to act on behalf of the patient is attached.

_____
Relationship to patient

_____
Witness Signature

_____
Date

_____
Parent or Guardian Signature
*(if requestor is a minor)*

_____
Date

If authorization is to **obtain** information, please provide information to address stamped below.

Name:

Facility Stamp

HR401 REV.09/02
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

**CLINICAL RECORD**

| INMATE NUMBER | DATE OF BIRTH |
| 68292 | 12/23/66 |

INMATE NAME (LAST, FIRST, INITIAL)
Manka, Laurence

| M F | RACE/ETHNIC: B W H O | FACILITY 125-TEL |

| DATE / TIME | |
|---|---|
| 11/9/17 | Seen in ED post open Hernia repair — TEL |
| | S: So what is the story? Look at this lump! |
| | O: Explained that the surgeon restated |
| | that they could not find ♂ nerves that |
| | innervate genitalia (and reason for |
| | this is unknown) could have been |
| | stretch, etc. Explained bilateral |
| | innervation. |
| | L side of abdomen more prominent |
| | than R. Perineum — sutured post op |
| | A: male s/p post op R inguinal repair |
| | ? sided abdominal prominence |
| | P: GYM negative status and finding |
| | in surgical report |
| | Ensured that he is not suicidal/ |
| | homicidal / or self injurious — "I'm |
| | not a kid" — He angry but he is |
| | not going to do anything "stupid" |
| | "I don't need MH — I'm embarrassed |
| | enough re ED — I don't think anyone |
| | else — needs to know" |
| | Submit for CT re L abd |
| 11/21/A 930 | A: approved for MD. Seen for ventral Hernia — |
| | T 94.1  P 68  R 20  147/84  at 7698.8 |
| | (+) ABD ventral Hernia — ASP groin |
| | A: record obesity — I suggest 20 lb |
| | DM — |
| | ✓ isolation |
| | ✓ UA & C |
| | not results HIV test |
| | NV TB — P & an syphilis |

CONFIDENTIAL

Lawrence Banko 68092
Cheshire C. I
900 Highland Ave
Cheshire, CT 06410

United States District
915 Laffayette Bld
Bridgeport, CT 066